IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NAYEF AMJAD QASHOU, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 3:21-cv-660-ECM |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**O R D E R**

On February 3, 2025, the Magistrate Judge entered a Recommendation (doc. 55) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 55) is ADOPTED;

2. The Petitioner's 28 U.S.C § 2255 motion (doc. 1) and amended motions (docs. 4, 19) are DENIED without an evidentiary hearing;

3. This case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 25th day of February, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE